```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


SONY BMG MUSIC ENTERTAINMENT,   )
et al.,                         )
                                )
          Plaintiffs,           )
                                )
     vs.                        )    No. 4:06-CV-0147 CEJ
                                )
DOES 1 - 57,                    )
                                )
          Defendants.           )
```

## ORDER

In accordance with plaintiffs' voluntary dismissal of the complaint, pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice** as to all John Doe defendants.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2006.